# UNITED STATES DISTRICT COURT
for the
Western District of New York

| | |
|---|---|
| TODD M. EVCHICH <br> *Plaintiff* <br> v. <br> MICHAEL SULLIVAN, et al., <br> *Defendant* | Civil Action No. 04-CV-510 S(Sr) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☐ other:


This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge William M. Skretny on a motion for dismissal for Lack of Prosecution granted as to defendant's.


Date: 02/10/2009

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*